# Third District Court of Appeal
## State of Florida

Opinion filed July 14, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-105
Lower Tribunal Nos. 13-123SP and 20-84AP

————————

**Right Choice Medical & Rehab Corp. a/a/o Evelyn Martinez**,
Appellant,

vs.

**Allstate Fire and Casualty Insurance Company**,
Appellee.

An Appeal from the County Court for Miami-Dade County, Diana Gonzalez-Whyte and Stephanie Silver, Judges.

Douglas H. Stein, P.A., and Douglas H. Stein, for appellant.

Shutts & Bowen, LLP, Daniel E. Nordby (Tallahassee) and Garrett A. Tozier (Tampa), for appellee.

Before FERNANDEZ, C.J., and GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed.